# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 97-cr-00302-DBS-12

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

Jeremiah Iman,

        Defendant.

---

## ORDER TERMINATING SUPERVISED RELEASE
## PRIOR TO ORIGINAL EXPIRATION DATE

---

On September 20, 2006, the probation department submitted a petition for early termination of supervised release in this case. On September 22, 2006, the Court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on September 28, 2006, and on September 29, 2006, the United States submitted a response indicating no objection to the proposed relief.

Accordingly, it is

ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

DATED at Denver, Colorado, this __29__ day of September, 2006.

BY THE COURT:

_/s/ Richard P. Matsch_
Richard P. Matsch
United States District Judge